UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JULIE SMALL,

        Plaintiff,

  -against-

MERRICK B. GARLAND, *Attorney General of the United States*,

        Defendant.

18-CV-5659 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Clerk of Court is respectfully requested to substitute Merrick B. Garland for defendant William P. Barr pursuant to Fed. R. Civ. P. 25(d) and to amend the caption of this case accordingly.

Dated:  New York, New York
        March 25, 2021

                        **SO ORDERED**

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**