

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/21

April 23, 2021

Magistrate Judge Barbara Moses
Danial Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

**MEMO ENDORSED**

      Re:   *Julie Small v. Merrick B. Garland*
             <u>18-CV-5659 (BCM)</u>

Dear Judge Moses:

      Pursuant to Your Honor's Order (Document No. 72), dated April 5, 2021, the parties' Joint Pretrial Order is due April 30, 2021. By this letter, the parties jointly request a four-week extension of the time, that is, until May 29, 2021, to file the JPTO. The parties are currently engaged in discussions as to whether it will be possible to resolve the remaining issue in the case, regarding Defendant's alleged retaliatory reprimand of Plaintiff, without the need for further involvement of the Court. However, the parties need the additional time to pursue these discussions.

      Thank you for your attention to this matter.

                                                               Respectfully Submitted,

                                                              John A. Beranbaum

cc:   Rachel Doud, Assistant U.S. Attorney
       **VIA ECF**

Application GRANTED. So ORDERED.

Barbara Moses U.S.M.J
April 26, 2021

212.390.8480 / 16 Court St, Ste 2500, Brooklyn, NY 11241 / crumiller.com