UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/21

JULIE SMALL,

        Plaintiff,

-against-

MERRICK GARLAND,

        Defendant.

18-CV-5659 (BCM)

**SETTLEMENT REFERRAL ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

At the request of the parties, this action is referred to the Hon. Stewart D. Aaron, United States Magistrate Judge, for settlement. The parties are directed to contact Judge Aaron's chambers directly, no later than **May 20, 2021**, to schedule the settlement conference.

Dated: New York, New York
       May 18, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**