UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIE SMALL,

      Plaintiff,

-against-

MERRICK GARLAND,

      Defendant.

18-CV-5659 (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/21

**BARBARA MOSES, United States Magistrate Judge.**

      The Court has been informed that the parties' recent settlement conference was unsuccessful. The proposed Joint Pretrial Order is due June 28, 2021. (See Dkt. No. 76.) Judge Moses will conduct a trial scheduling conference on **July 6, 2021, at 10:00 a.m**., in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. This is an in-person proceeding. Counsel are advised to consult the Chief Judge's current entry protocols, available at https://nysd.uscourts.gov/covid-19-coronavirus, in advance of the conference. As of the date of this Order, masks are required in public areas of the courthouse, including Courtroom 20A, regardless of vaccination status.

      At the conference, counsel should be prepared to propose a schedule for any *limine* motions and for the submission of voir dire questions, requests to charge, a verdict sheet, and exhibit binders, in anticipation of a **November 1, 2021** trial date.

Dated: New York, New York
       June 8, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**